

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
## EL PASO

JESSE CASTANUELA,          )

         )        No. 08-13-00041-CR

         Appellant,          )

         )        Appeal from Criminal District Court #4

vs.          )

         )        Court of Tarrant County, Texas

THE STATE OF TEXAS,          )

         )        (TC# 1255124D)

         State.          )

         )

## O R D E R

The Appellant's brief in the above styled and numbered cause was due June 21, 2013, the Court having granted a third and final extension of time to file the brief until such date. The trial court appointed Mr. Terry Barlow to represent the Appellant on July 15, 2013. However, as of this date no brief or motion for extension of time has been filed.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant desires to prosecute his appeal, whether the appellant has been deprived of effective assistance of counsel, and to make appropriate findings and recommendations. The trial judge shall take such measures as may be necessary to assure effective assistance of counsel, which may include appointment of new counsel. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before September 13, 2013.

IT IS SO ORDERED this 14th day of August, 2013.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.